UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | 1:06-CR-00364 OWW |
| ) | |
| v. ) | |
| ) | |
| MICHAEL WAYNE COOPER ) | |
| ) | |
| Defendant ) | ORDER FOR RELEASE |

The defendant having been sentenced on 01/23/2007 and credited for time served, he is hereby released from the custody of the United States Marshal as of 01/23/2007.

Dated: January 23, 2007

/s/ Oliver W. Wanger
_____
OLIVER W. WANGER
United States District Judge

1